UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| KEVIN BOWMAN, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | No.: 3:15-CV-289-TAV-HBG |
| MORGAN COUNTY CORRECTIONAL COMPLEX (MCCX); TENNESSEE DEPARTMENT OF CORRECTION (TDOC); and CORRIZAN MENTAL HEALTH COMPANY, | ) ) ) ) ) ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

The Court is in receipt of a *pro se* complaint for violation of civil rights pursuant to 42 U.S.C. § 1983 [Doc. 1] and an application for leave to proceed *in forma pauperis* [Doc. 2]. Under the Prison Litigation Reform Act of 1995, a prisoner who files a complaint in a district court must tender the full filing fee *or* he must file (1) an application to proceed *in forma pauperis* without prepayment of fees *and* (2) a certified copy of his inmate trust account for the previous six-month period. 28 U.S.C. § 1915(a)(2). Plaintiff has not paid the $350.00 filing fee nor has he submitted the proper documents to proceed *in forma pauperis*. Specifically, plaintiff has not submitted a certified copy of his inmate trust account for the previous six-month period.

Plaintiff shall have thirty (30) days from the date of this Order to pay the full filing fee or to submit the necessary documents. The Clerk is **DIRECTED** to send plaintiff an application to proceed *in forma pauperis*. Plaintiff is hereby **NOTIFIED** that if he fails

to fully comply with this Order within the time required, the Court shall presume that plaintiff is not a pauper, shall assess the full amount of fees, and shall order the case dismissed for want of prosecution.

**E N T E R :**

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE